In the Matter of CHARLES GARSIDE et al., Appellants, against S. HOWARD COHEN et al., Constituting the Board of Elections of the City of New York, Respondents.

(Argued October 31, 1934; decided October 31, 1934.)

*Watson Washburn, Maxwell Shapiro, Sanford H. Cohen, Whitney N. Seymour* and *Kenneth F. Simpson* for appellants.

*Paul Windels, Corporation Counsel (Russell L. Tarbox* of counsel), for Board of Elections, respondents.

*Benjamin J. Rabin, Irving H. Saypol, Samuel L. Scholer* and *Cornelius J. Smyth* for Bernard Botein et al., respondents.

Order of the Appellate Division reversed and that of the Special Term affirmed. Held, that the nominating petition was valid notwithstanding the irregularity in naming more than one committee to fill vacancies. No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.